# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 07-173 (PGS) |
| v. | **MEMORANDUM AND ORDER** |
| VICTOR MANZO | |

**WHEREAS,** this matter having come before the Court on a motion by defendant, Victor Manzo, for leave to file compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), and

**WHEREAS,** the Government has filed opposition to said motion, stating that the motion is improperly before this Court, and

**WHEREAS,** the Court has reviewed the applicable statutes, and finds that only the Director of the Bureau of Prisons may file a motion pursuant to 18 U.S.C. § 3582(c)(1)(A), and

**WHEREAS,** the Court finds that the other statute referenced by defendant, 18 U.S.C. § 4205(g), was repealed prior to defendant's sentencing and is therefore not applicable to him,

**NOW THEREFORE, IT IS** on this ____ day of March, 2009,

**ORDERED** defendant's Motion for Compassionate Release be and hereby is denied as improperly filed.

March 5, 2009

PETER G. SHERIDAN, U.S.D.J.